**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ASMAR SIDDIQ MUMIN ABDULLAH,

    Plaintiff,

v.

OAKS INTEGRATED CARE, JANICE STEINBECK, and JUDITH BRENNER,

    Defendants.

1:18-cv-13011-NLH-AMD

**MEMORANDUM OPINION & ORDER**

**APPEARANCES:**

ASMAR SIDDIQ MUMIN ABDULLAH
450 STUYVESANT AVE.
TRENTON, NJ 08618

    Appearing *pro se*

**HILLMAN**, District Judge

    WHEREAS, on August 20, 2018, Plaintiff, Asmar Siddiq Mumin Abdullah, appearing *pro se*, filed a complaint against Defendants Oaks Integrated Care, Janice Steinbeck, and Judith Brenner; and

    WHEREAS, Plaintiff also filed an application to proceed without prepayment of fees ("in forma pauperis" or "IFP" application) pursuant to 28 U.S.C. § 1915(a)(1); and

    WHEREAS, the screening provisions of the IFP statute require a federal court to dismiss an action *sua sponte* if, among other things, the action is frivolous or malicious, or if

it fails to comply with the proper pleading standards, see 28 U.S.C. § 1915(e)(2)(B)(i)-(iii); Ball v. Famiglio, 726 F.3d 448, 452 (3d Cir. 2013); and

WHEREAS, on August 22, 2018, the Court screened Plaintiff's complaint and granted his IFP application, but found that Plaintiff's complaint was deficient because: (1) Plaintiff failed to properly state this Court's subject matter jurisdiction over his action; and (2) Plaintiff failed to state a specific legal basis for his claims, which is necessary to establish subject matter jurisdiction; (Docket No. 2); and

WHEREAS, the Court provided Plaintiff with twenty (20) days to amend his complaint to properly cure the deficiencies, but ordered that if Plaintiff failed to do so, the case would be dismissed for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3); and

WHEREAS, Plaintiff has not filed an amended complaint, which was due on September 11, 2018;[1]

THEREFORE,

IT IS on this __17th__ day of __September__, 2018

ORDERED that Plaintiff's complaint be, and the same hereby

---

[1] When Plaintiff filed his complaint, he completed a "Consent & Registration Form to Receive Documents Electronically." (Docket No. 1-2.) The Court's August 22, 2018 Order was electronically mailed to Plaintiff on that date.

is, DISMISSED for lack of subject matter jurisdiction. The Clerk of the Court is directed to mark this matter as CLOSED.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |